IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 01-CR-30023-DRH |
| ) | |
| JOSHUA N. EMERSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On motion of the United States of America, without objection by opposing counsel, the Petition to Revoke Supervised Release (Doc. No. 35) and the warrant for arrest (Doc. No. 37) now pending before this Court are hereby **DISMISSED,** and the Defendant, Joshua N. Emerson, is ordered discharged unsuccessfully from further obligation under the Conditions of Supervised Release imposed upon him by this Court's Judgment in a Criminal Case filed September 17, 2001. (Doc No. 21).

**SO ORDERED:**

/s/       David RHerndon

**United States District Court Judge**

Dated this 30th day of November, 2005.